UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ROBERT PELLETIER,
Plaintiff

vs.                                         C.A. No. 05-468T

JO ANNE BARNHART,
Defendant

### ORDER

An order, dated December 20th, 2005, previously entered in this matter referring the case to Magistrate Judge David L. Martin for Report and Recommendation. Subsequent to that Order, the parties have consented to the Magistrate Exercising Jurisdiction over this matter and so, it is hereby ordered that this case be referred to Magistrate Judge Martin in order that he conduct all proceedings in the matter and order the entry of judgment in accordance with 28 U.S.C. §636(c) and Fed. R. Civ. P. 73.

By Order:

_____
Deputy Clerk

ENTER:

_____
Chief Judge Ernest C. Torres
date: 2/1/06